ERNEST G. ROSENSTEIN, Respondent, *v.* ISAAC COHN, Appellant.

APPEAL from a judgment of the Municipal Court of the city of New York, eleventh district, borough of Manhattan.

David E. Grossman, for appellant.

Walter J. Rosenstein, for respondent.

*Per Curiam.* The complaint, originally for goods sold and delivered, was amended at the trial so as to be for damages through breach of contract.

There was no evidence of delivery, and none of any damage.

The judgment must, therefore, be reversed and a new trial granted, with costs to the appellant to abide the event.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Judgment reversed, and new trial granted, with costs to appellant to abide event.

---

DE YOUNGS, a Corporation, Respondent, *v.* CHARLES E. BROWN, Appellant.

APPEAL from a judgment of the Municipal Court of the city of New York, seventh district, borough of Manhattan.

Burr & De Lacy, for appellant.

Jeroloman & Arrowsmith, for respondent.

*Per Curiam.* The precise questions raised on this appeal were decided by the Appellate Division of the First Department, in the case of Conant v. Jones, 50 App. Div. 336. For the reasons stated in the opinion in that case the judgment appealed from must be affirmed, with costs to the respondent.

Present: BEEKMAN, P. J.; GIEGERICH and O'GORMAN, JJ.

Judgment affirmed, with costs to respondent.